| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Steve Green, <br> TDCJ 1436873, <br>           Plaintiff, <br><br> versus <br><br> Librarian G. Whitfield, <br>           Defendant. | § § § § § § § § § | Civil Action H-14-676 |

## Opinion on Dismissal

Steve Green sues for civil rights violations. He is held in prison. Green has not paid the filing fee. He has sued at least four times in the federal courts in Texas. The district court dismissed three of his lawsuits as frivolous or for failure to state a claim recognized at law. *See Green* v. *Evans,* No. 2:08cv153 (N.D.-Am-TX); *Green* v. *Revel, et al.,* No. 2:09cv147 (N.D.-Am-TX); and *Green* v. *Salas,* No. 5:10cv94 (N.D.-L-TX). When Green sued in those cases, he was in prison. The court dismissed these other cases before Green filed this case.

A prisoner may not bring a case in federal court as a pauper if, while imprisoned, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Green's allegations do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. Green may refile his complaint on paying the full filing fee.

Signed March 24, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge